IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEON S. GAYNOR,

   Plaintiff,

    v.

ATLANTA PUBLIC SCHOOLS,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-3562-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 20] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Dismiss [Doc. 16]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 16] is GRANTED in part and DENIED in part.

SO ORDERED, this 13 day of August, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge